UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORILLARD TOBACCO COMPANY,
    a Delaware corporation,

                              Case No. 05-71516

              Plaintiff,

                              Hon. Julian Abele Cook, Jr.

v.

MT CLARK, INC., a Michigan corporation
and B.P. OF WHITE LAKE INC., a Michigan corporation,

              Defendants.

| | |
|---|---|
| Kathleen A. Lang (P34695) | Andrew J. Munro (P30304) |
| Nicole M. Clinton (P66519) | MUNRO & ZACK, PC |
| DICKINSON WRIGHT PLLC | 363 W. Big Beaver Road, Suite 450 |
| Attorneys for Plaintiff | Troy, Michigan 48084 |
| 500 Woodward, Suite 4000 | (248) 928-9000 |
| Detroit, Michigan 48226 | |
| (313) 223-3500 | |

**ORDER FOR SUBSTITUTION
OF CORRECT CORPORATE DEFENDANT
AND TO CORRECT CAPTION**

    At a session of said Court held in the Federal Building, City of Detroit, County of Wayne, and State of Michigan,  November 18, 2005

    PRESENT:    HON.  JULIAN ABELE COOK, JR.
                                          U.S. District Court Judge

This matter having come before the Court upon the stipulation of the parties and the Court being otherwise duly advised;

IT IS HEREBY ORDERED that correct corporate Defendant is **White Lake BP, Inc.** and that the caption of this matter should be corrected to reflect said proper corporate Defendant.

s/  Julian Abele Cook, Jr.
JULIAN ABELE COOK, JR.
U.S. District Court Judge

Certificate of Service

I hereby certify that on November 18, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system, and I further certify that I mailed a copy to the non-ECF participant(s).

s/ Kay Alford
Courtroom Deputy Clerk